NOTE:   This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-7110


DAVID S. DILLS,

Claimant-Appellant,

v.


R. JAMES NICHOLSON, Secretary of Veterans Affairs,

Respondent-Appellee.



Paul W. Browning, Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., of Washington, DC, argued for claimant-appellant.  On the brief was Mark R. Lippman, The Veterans Law Group, of La Jolla, California.

Domenique Kirchner, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee.  On the brief were Peter D. Keisler, Assistant Attorney General, Jeanne E. Davidson, Director, Steven J. Gillingham, Assistant Director, and Carrie A. Dunsmore, Trial Attorney.  Of counsel on the brief was Michael J. Timinski, Deputy Assistant General Counsel, United States Department of Veterans Affairs, of Washington, DC.

Appealed from:  United States Court of Appeals for Veterans Claims

Judge William A. Moorman

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-7110

DAVID S. DILLS,

Claimant-Appellant,

v.

R. JAMES NICHOLSON, Secretary of Veterans Affairs,

Respondent-Appellee.

# Judgment

ON APPEAL from the **UNITED STATES COURT OF APPEALS FOR VETERANS CLAIMS**

In CASE NO(S). **04-1936**

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam  (RADER, MOORE, Circuit Judges, and YEAKEL[1], District Judge).

**AFFIRMED.**  See Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

DATED: September 5, 2007          /s/  Jan Horbaly
                                  Jan Horbaly, Clerk

---

[1] Honorable Lee Yeakel, District Judge, United States District Court for the Western District of Texas, sitting by designation.